UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SALIL A. KHOJA § | |
| § | |
| v. § | CIVIL NO. 4:25-CV-1178-SDJ |
| § | |
| UNITED STATES CITIZENSHIP § | |
| AND IMMIGRATION SERVICES, § | |
| ET AL. § | |

# ORDER

Before the Court is Defendants' Agreed Motion Pursuant to Rule 26 APA Exemption. (Dkt. #13). After full consideration, the motion is **GRANTED**. The Court holds that the parties have satisfied all applicable portions of the Order Governing Proceedings, (Dkt. #9).

It is therefore **ORDERED** the Rule 16 management conference currently set for **March 11, 2026**, is **CANCELLED**. The Court will enter a scheduling order by separate order.

**So ORDERED and SIGNED this 4th day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE